**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00641-CV

---

## PENTAIR VALVES & CONTROLS U.S. LP, F/K/A TYCO VALVES & CONTROLS, LP, Appellant

### V.

### JOHN F. JONES, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-67835**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 22, 2013. On December 18, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.